# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AUSTIN GRADY**                                                                  **PLAINTIFF**

v.                    **Case No. 4:21-cv-00142-KGB**

**CHARLES ALLEN,** *et al.*                                               **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 29). Plaintiff Austin Grady has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Grady's complaint for failure to maintain a current mailing address with the Clerk as required by Local Rule 5.5.(c)(2) and failure to comply with Judge Harris's June 6, 2021, Order (Dkt. No. 2).

The Court denies as moot the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris on March 25, 2021, and the motion to dismiss of defendants Lieutenant Allen, Lieutenant Newburn, Sergeant Murphy, Sergeant Connors, Deputy Rimmer, Deputy Caffey, and Deputy Lovelace (Dkt. Nos. 8, 23).

It is so ordered this the 7th day of February, 2022.

                                                            Kristine G. Baker
                                                            United States District Judge