IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUSTIN GRADY**                                                                              **PLAINTIFF**

v.                                 **Case No. 4:21-cv-00142-KGB**

**CHARLES ALLEN,** *et al.*                                                     **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Austin Grady's amended complaint is dismissed without prejudice (Dkt. No. 6). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this the 7th day of February, 2022.

                                                                                        Kristine G. Baker
                                                                                       United States District Judge